1  JEFFREY KRAMER (SBN 71547)
   Email: jkramer@troygould.com
2  ANNMARIE MORI (SBN 217835)
   Email: amori@troygould.com
3  TROYGOULD PC
   1801 Century Park East, 16th Floor
4  Los Angeles, CA 90067-2367
   Telephone:   (310) 553-4441
5  Facsimile:   (310) 201-4746

6  Attorneys for Plaintiffs

7

8              UNITED STATES DISTRICT COURT

9          FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11 | BROADCAST MUSIC, INC.; ABKCO          | Case No. CV-11-9535-PA-(SSx)
   | MUSIC, INC.; CONCORD MUSIC            |
12 | GROUP, INC. d/b/a JONDORA MUSIC;      | [PROPOSED] ORDER
   | LIL' JOE WEIN MUSIC, INC.;            |
13 | SONY/ATV LATIN MUSIC                  | Date:   October 15, 2012
   | PUBLISHING LLC; WARNER-               | Time:   1:30 p.m.
14 | TAMERLANE PUBLISHING CORP.; G.        | Ctrm:   15
   | DEGRAW MUSIC INC.,                    |
15 |                                       | Complaint Filed:   November 16, 2011
   |              Plaintiffs,              | Trial Date:        November 13, 2012
16 |        v.                             |
17 | MAXIMOORE, INC. d/b/a ZEN             |
   | LOUNGE/ARDMORE/CLUB 705;              |
18 | XAVIER A. FLAMENCO, ARKADI            |
   | MINASSIAN and TIMOTHY LEE             | NOTE CHANGES MADE BY THE COURT.
19 | MOORE, each individually,             |
20 |              Defendants.              |

21

22

23                                          NOTE CHANGES MADE BY THE COURT.

24

25

26

27

28

**TroyGould
PC**

                                                              [PROPOSED] ORDER

03202-0003 239022.1

**[PROPOSED] ORDER**

Plaintiffs Broadcast Music, Inc., Abkco Music, Inc., Concord Music Group, Inc. D/B/A Jondora Music, Lil' Joe Wein Music, Inc., Sony/Atv Latin Music Publishing LLC, Warner-Tamerlane Publishing Corp. and G. Degraw Music Inc. ("Plaintiffs") having filed an action for copyright infringement against Defendants Maximoore, Inc. d/b/a Zen Lounge a/k/a Ardmore a/k/a Club 705, ("Maximoore, Inc."), Xavier A. Flamenco, Arkadi Minassian and Timothy Lee Moore.

Plaintiffs and Defendants Maximoore, Inc., Xavier A. Flamenco, Arkadi Minassian, and each of them, and have entered a Settlement Agreement resolving of all issues relating to this action. The parties request that this matter may be dismissed in its entirety pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

The parties further request that that this Court retain jurisdiction over this matter for enforcement of the settlement agreement and the consent judgment.

THEREFORE:

Good cause appearing therefor, IT IS HEREBY ORDERED:

(1)    This action is hereby dismissed WITH PREJUDICE, each of the parties to pay their own costs of the action; and

(2)    ~~This Court shall retain jurisdiction over this matter for enforcement of the settlement agreement and the consent judgment.~~

Dated: October _12_, 2012

_____

Judge of the United States District Court

**TroyGould
PC**

1

[PROPOSED] ORDER

03202-0003 239022.1